## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 21−2152

### RETURN OF SERVICE

**Caroline Alesiani**

VS.

**Educational Commission For
Foreign Medical Graduates**

_____/

Pennsylvania
Philadelphia     ss.

I, **Timothy Weldon**, a competent adult, being duly sworn according to law, depose and say that at **3:29pm** on **05/21/2021**, I served **Educational Commission For Foreign Medical Graduates** at **3624 Market Street, Philadelphia, PA 19104** in the manner described below:

☐      Defendant(s) personally served.

☐      Adult family member with whom said Defendant(s) reside(s).
     Relationship is _____.

☐      Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐      Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐      Agent or person in charge of Defendant's office or usual place of business.

☐      _____ an officer of said Defendant's company.

☑      Other: **By serving Aidan Delany, Assistant**

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

Description:
**Sex: MALE − Age: 30 − Skin: WHITE − Hair: BROWN − Height: 6'1" − Weight: 200**

X_____
Timothy Weldon − Cert/Appt#: none
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:  − Our File# **110467**

Law Firm: **CONSOLE MATTIACCI LAW**
Attorney: **CAREN N. GURMANKIN, ESQUIRE**
Address: **1525 LOCUST ST., 9TH FLOOR, PHILADELPHIA, PA, 19102**
Telephone: **215−545−7676**