IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE ALESIANI,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 2:21-cv-02152-PD |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, submits the following Corporate Disclosure Statement:

1. ECFMG has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of ECFMG.

DATED: June 10, 2021                Respectfully submitted,

/s/ Max O. Bernstein
A. Klair Fitzpatrick (PA Bar No. 309329)
Max O. Bernstein (PA Bar No. 325405)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
klair.fitzpatrick@morganlewis.com
max.bernstein@morganlewis.com

*Attorneys for Defendant Educational Commission for Foreign Medical Graduates*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2021, I caused a true and correct copy of the foregoing Corporate Disclosure Statement of Defendant to be served on all counsel of record via ECF.

*/s/ Max O. Bernstein*
Max O. Bernstein