IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLINE ALESIANI,** | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 21-2152 |
| | : | |
| **EDUCATIONAL COMMISSION** | | |
| **FOR FOREIGN MEDICAL GRADUATES,** | : | |
| Defendant. | : | |

### O R D E R

**AND NOW,** this 29th day of June 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

It is **FURTHER ORDERED** that, by consent of the Parties, the Court shall **RETAIN** jurisdiction to enforce the terms of the settlement agreement.  See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381 (1994).

                                                                         **AND IT IS SO ORDERED.**

                                                                       *s/ Paul S. Diamond*
                                                                       _____
                                                                       Paul S. Diamond, J.