## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROLINE ALESIANI,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 21-2152 |
| : | |
| **EDUCATIONAL COMMISSION FOR** : | |
| **FOREIGN MEDICAL GRADUATES,** : | |
| Defendant. : | |

# O R D E R

**AND NOW**, this 22nd day of September, 2021, it is hereby **ORDERED** that:

1. In view of Plaintiff's request for a second settlement conference, my June 29, 2021 Order (Doc. No. 8) dismissing this action is **VACATED**;

2. Each party shall submit a statement of no more than five pages explaining the disagreement; and

3. The **CLERK OF COURT** shall **REOPEN** this case.

**AND IT IS SO ORDERED**

_s/Paul S. Diamond_
Paul S. Diamond, J.