# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE ALESIANI,          : | |
|     Plaintiff,                          : | |
|                                      : | |
|     v.                                       : | Civ. No. 21-2152 |
|                                      : | |
| EDUCATIONAL COMMISSION FOR   : | |
| FOREIGN MEDICAL GRADUATES., : | |
|     Defendant.                         : | |

## O R D E R

**AND NOW**, this 13th day of October, 2021, upon consideration of the Parties' notification of a dispute respecting settlement, it is hereby **ORDERED** that the Parties shall allocate 50 percent of the settlement on an IRS Form W-2 and 50 percent on an IRS Form 1099.

                                                                         **AND IT IS SO ORDERED.**

                                                                         */s/ Paul S. Diamond*
                                                                       Paul S. Diamond, J.