

Fighting For Employee Rights for Over 30 Years

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 | |

CAREN N. GURMANKIN, ESQ.
gurmankin@consolelaw.com

November 15, 2023

**Via ECF**

Honorable Paul S. Diamond, Judge
601 Market Street, Courtroom 14-A
14614 U.S. Courthouse
Philadelphia, PA 19106

> Re:   Caroline Alesiani v. Educational Commission for
>         Foreign Medical Graduates
>         E.D. Pa. Docket No. 21-002152

---

Dear Judge Diamond:

    I represented Plaintiff in the above-referenced matter. Following my call with chambers yesterday, we are writing to confirm that this matter has closed and requesting that the Court re-issue the Order of Dismissal pursuant to Fed.R.Civ.P. 41 that was initially issued, and then vacated, in this case. Defendants' counsel has reviewed, and consented to, this letter.

    Thank you for the Court's attention to this matter.

Respectfully Submitted,

/s/ Caren N. Gurmankin

CAREN N. GURMANKIN

CNG:tnm
cc:   Klair Fitzpatrick, Esq. (via ECF)